UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


GERARDO MARQUINA,

                    Petitioner,

v.                                                          3:08-cv-88


DONALD BAUKNECHT, Warden,

                    Respondent.


**JUDGMENT ORDER**


      For the reasons set forth in the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court thus **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.


      **ENTER:**

                                        _____s/ Thomas W. Phillips_____
                                        United States District Judge


ENTERED AS A JUDGMENT
_____s/ Patricia L. McNutt_____
    CLERK OF COURT